RECEIVED DEC 27 2018 PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

JAN WELENC

    Plaintiff,

-against-

MATYSZCZYK et al

    Defendants.
-----------------------------------------------------X

**AMENDED COMPLAINT**

18 cv 6087 (PKC)(RLM)

PLEASE, CHANGE MY COMPLAINT AS FOLLOWS:

– REMOVE THE NATIONAL CREDIT UNION ADMINISTRATION (NCUA) FROM THE LIST OF DEFENDANTS (#13)

– PLEASE, CHANGE MY PERMANENT ADDRESS OF RESIDENCE AS FOLLOWS:

    96-500 SOCHACZEW
    KRÓLOWEJ JADWIGI STREET, #8
    POLAND

– PLEASE, LEAVE MY ADDRESS FOR CORRESPONDENCE ONLY

    148 DRIGGS AVENUE, APT. 1R
    BROOKLYN, NY 11222
    USA

– PLEASE, SHEDULE A NEW DATE OF INITIAL CONFERENCE. I AM CURRENTLY IN POLAND WHERE I CARE FOR MY BLIND WIFE. I AM GOING BACK TO NEW YORK AT THE END OF FEBRUARY 2019.

                                                  Jan Welenc

# Certificate of Acknowledgment of Execution of an Instrument

**REPUBLIC OF POLAND**
**CITY OF WARSAW**                    } SS:
**EMBASSY OF THE UNITED STATES**
**OF AMERICA**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 27 2018 ★

BROOKLYN OFFICE

I, John R. Hall, Consul of the United States of America at Warsaw, Poland duly commissioned and qualified, do hereby certify that on this 17th day of December 2018, before me personally appeared Jan Welenc and acknowledged to me that the attached instrument was executed freely and voluntarily.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

_John R. Hall_
John R. Hall
Consul of the United States of America

This document consists of 2 pages (including the certification page), each initialed by the affiant/acknowledger.

RECEIVED
DEC 27 2018
PRO SE OFFICE

# Certificate of Acknowledgment of Execution of an Instrument

REPUBLIC OF POLAND
CITY OF WARSAW         } SS:
EMBASSY OF THE UNITED STATES
OF AMERICA

I, John R. Hall, Consul of the United States of America at Warsaw, Poland duly commissioned and qualified, do hereby certify that on this 17th day of December 2018, before me personally appeared Jan Welenc and acknowledged to me that the attached instrument was executed freely and voluntarily.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

_____
John R. Hall
Consul of the United States of America

This document consists of 2 pages (including the certification page), each initialed by the affiant/acknowledger.

Sochaczew
12-17-2018
From: Poland

To
Clerk of U.S. Distict Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

CERTIFICATE

Im Jan Welenc is registered for permanent residence from 2018-01-05 at the following address:
municipality/distict Sochaczew (1428011)
province Mazowieckie county Sochaczewski
ZIP code 96-500 locality Sochaczew
street KROLOWEJ JADWIGI 8
This certificate was issued on the request of my name Jan Welenc for submission in the Federal Court 225 Cadman Plaza East

Jan Welenc
May No Passport USA
471438823

BURMISTRZ
Miasta Sochaczew
woj. mazowieckie
Burmistrz Miasta

Sochaczew, dnia 2018-12-12

USC/SO.5345.4.815.2018

# ZAŚWIADCZENIE

Na podstawie art. 45 ust. 2 ustawy z dnia 24 września 2010 r. o ewidencji ludności (Dz. U. z 2018 r. poz. 1382 ze zm.) zaświadcza się, że:

Pan **WELENC JAN**
imię ojca: **WITOLD**
urodzony: **1953-02-02, MŁAWA**

| Nr PESEL | **53020206572** |

**Od dnia 2018-01-05 jest zameldowany na pobyt stały pod adresem:**

gmina/dzielnica **SOCHACZEW (1428011)**
województwo **MAZOWIECKIE** powiat **SOCHACZEWSKI**
kod pocztowy **96-500** miejscowość **SOCHACZEW**
ulica **KRÓLOWEJ JADWIGI** dom **8**

Zaświadczenie wydano na prośbę Pana Jana Welenc celem przedłożenia w Sądzie Federalnym na Manhattanie w Nowym Jorku USA.

z up. BURMISTRZA

........Iwona Barzykowska........
Podpis pracownika

1. Nie podlega opłacie skarbowej. Podstawa prawna art. ...................... ustawy z dnia 16 listopada 2006 r. o opłacie skarbowej (Dz. U. z 2018 r. poz. 1044 ze zm.).

2. Pobrano opłatę skarbową w dniu _12.12.18_ w wysokości _17_ na podstawie części II, ust. 2 załącznika do ustawy z dnia 16 listopada 2006 r. o opłacie skarbowej (Dz. U. z 2018 r. poz. 1044 ze zm.).

Nr pokwitowania ..........................................................

Nr rachunku bankowego _90 1240 1822 1111 0000 0219 8527_

2018-12-12 14:51:20 IB_8

KANCELARIA NOTARIALNA
Anna Bugalska-Maik
NOTARIUSZ
ul. Prezydenta Ryszarda Kaczorowskiego 3
96-500 Sochaczew
tel. 46 852 69 80, NIP 8371160831

Repertorium A nr ......4203...../20.18.

Sochaczew, dnia ......14.12...... 20.18.r.

Anna Bugalska-Maik Notariusz w Sochaczewie poświadcza zgodność tej kopii z okazanym dokumentem. Pobrano: a/ taksy notarialnej na podstawie § 13 rozp. Ministra Sprawiedliwości z dnia 28 czerwca 2004r. w sprawie maksymalnych stawek taksy notarialnej (Dz. U. z 2004 r. Nr 148, poz. 1564 ze zm.) - ......6...............

b/ podatek VAT na podstawie art. 41 ustawy z dnia 11 marca 2004r o podatku od towarów i usług (Dz. U. z 2004 r. Nr 54 poz. 535 ze zm.) - 23 % od taksy

- ..................1,38.......................

Razem pobrano - ............7,38................zł



Anna Bugalska-Maik
Notariusz

JAN WELENC
96-500 Sochaczew
ul. Królowej Jadwigi 8
woj. Mazowieckie
Poland

To

CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

**PRIORITY MAIL**

USPS TRACKING # 9114 9014 9645 1680 7380 86

FROM: JAN WELENC
148 DRIGGS AVE. #1R
BROOKLYN, NY 11222

TO: CLERK OF U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201