UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
JAN WELENC,

                    Plaintiff,                    JUDGMENT
                                                             18-CV-6087 (PKC) (RLM)

   -against-

POLISH & SLAVIC FEDERAL CREDIT
UNION; POLISH & SLAVIC FEDERAL
CREDIT UNION BOARD OF DIRECTORS:
KRZYSZTOF MATYSZCZYK; ELZBIETA
BAUMGARTNER; MALGORZATA
GRADZKI, for USD; MARZENA
WIERZBOWSKA; IWONA PODOLAK;
MALGORZATA CZAJKOWSKA;
BOZENA KRAJEWSKA-PIELARZ;
MALGORZATA WADOLOWSKI; CEO
BOGDAN CHMIELEWSKI; LECH
WOJTKOWSKI; RYSZARD BAK;
EDWARD PIERWOLA and NATIONAL
CREDIT UNION ADMINISTRATION,

                    Defendants.
------------------------------------------------------------ X

        An Order of Honorable Pamela K. Chen, United States District Judge, having been filed on February 8, 2019, granting Defendants' motion; dismissing Plaintiff's case for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

        ORDERED and ADJUDGED that Defendants' motion is granted; that pursuant to Fed. R. Civ. P. 12(b)(1), Plaintiff's case is dismissed with prejudice for lack of subject matter jurisdiction; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal would not be taken in good

faith; and that *in forma pauperis* status is denied for the purpose of an appeal, *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

| | |
|---|---|
| Dated: Brooklyn, NY<br>February 13, 2019 | Douglas C. Palmer<br>Clerk of Court |
| | By:  /s/Jalitza Poveda<br>         Deputy Clerk |