FORM 3

## COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

\* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT DISTRICT OF NEW YORK

Jan Welenc
V. Matyszczyk
et al

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

18-CV-6087 (PKC) (RLM)
Docket No.

1. Notice is hereby given that __JAN WELENC__ (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the decision entered in this action on __02/13/2019__ (date). (Describe it). __TO RECONSIDER MY COMPLAINT__

2. In the event that this form was not received in the Clerk's Office within the required time __JAN WELENC__ (party) respectfully requests the court to grant an extension of time in accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or "good cause" (state reasons):

__I AM CURRENTLY STAYING OUTSIDE USA IN POLAND WHERE I AM LOOKING AFTER BY MY BLIND WIFE__

a. In further support of this request, __JAN WELENC__ (party) states that this Court's decision was received on __03/01/2019__ (date) and that this form was mailed to the court on __03-08-2019__ (date)

Signature: _Jan Welenc_

Printed Name: __JAN WELENC__

Address: __96-500 Sochaczew ul. Królowej Jadwigi__

Telephone No. (with area code): __(46)-862-9866__



RECEIVED MAR 14 2019 PRO SE OFFICE

## Certificate of Acknowledgment of Execution of an Instrument

REPUBLIC OF POLAND  
CITY OF WARSAW  } SS:  
EMBASSY OF THE UNITED STATES  
OF AMERICA

I, Nicklaus R. Laverty, Vice Consul of the United States of America at Warsaw, Poland duly commissioned and qualified, do hereby certify that on this 8th day of March 2019, before me personally appeared Jan Welenc and acknowledged to me that the attached instrument was executed freely and voluntarily.

In witness whereof I have hereunto set my hand and official seal the day and year last above written.

_____  
Nicklaus R. Laverty  
Vice Consul of the United States of America

This document consists of 3 pages (including the certification page), each initialed by the affiant/acknowledger.





FROM:

JAN WELENC
148 DRIGGS AVE. #1R
BROOKLYN, NY 11222

TO:

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN N.Y. 11201