**RECEIVED MAR 26 2019 PRO SE OFFICE**

FORM 3
COMBINED NOTICE OF APPEAL AND MOTION FOR EXTENSION OF TIME

* * * * * * * * * * *

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT DISTRICT OF NEW YORK

Jan Welenc
v. Matyszczyk
et al

NOTICE OF APPEAL AND
MOTION FOR EXTENSION OF TIME

18-CV-6087 (PKC) (RLM)
Docket No.

1. Notice is hereby given that JAN WELENC hereby appeals
(party)
to the United States Court of Appeals for the Second Circuit from the decision entered in this action
on 02/13/2019. (Describe it). TO RECONSIDER MY COMPLAINT
(date)

2. In the event that this form was not received in the Clerk's Office within the required time
JAN WELENC respectfully requests the court to grant an extension of time in
(party)
accordance with FRAP 4(a)(5) for the following reasons which constitute "excusable neglect" or
"good cause" (state reasons):
I AM CURRENTLY STAYING OUTSIDE USA IN POLAND
WHERE I AM LOOKING AFTER BY MY BLIND WIFE

a. In further support of this request, JAN WELENC states that this
(party)
Court's decision was received on 03/01/2019 and that this form was mailed to the
(date)
court on 03-08-2019
(date)

Jan Welenc
Signature

Printed Name
JAN WELENC
Address
96-500 Sochaczew ul. Królowej Jadwigi
(46)-862-9866
Telephone No. (with area code)

# Certificate of Acknowledgment of Execution of an Instrument

REPUBLIC OF POLAND
CITY OF WARSAW      } SS:
EMBASSY OF THE UNITED STATES
OF AMERICA

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 26 2019 ★
BROOKLYN OFFICE

I, Nicklaus R. Laverty, Vice Consul of the United States of America at Warsaw, Poland duly commissioned and qualified, do hereby certify that on this 8th day of March 2019, before me personally appeared Jan Welenc and acknowledged to me that the attached instrument was

EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JAN WELENC

        Plaintiff,

-against-

PSFCU DIRECTORS

Matyrczyk et al
        Defendants.
---------------------------------------------------------X

AMENDED COMPLAINT

18 CV 6087 (PKC)(RLM)

In my complaint to the Court, I put the address of PSFCU New York office of the defendant Directors, which was the nearest to my place of residence. However, PSFCU has two branches in New York and New Jersey in which defendants have also their offices. In Fairfield (NJ) there is a modern PSFCU Operating Center, where directors handle the most important financial matters. High Court, when making decision to dismiss Plaintiff's case for lack of subject matter jurisdiction and diversity jurisdiction, did not take into account this fact. Because the defendants have their offices in two different states of NY and NJ, this fact undermines Court's argument about lack of diversity jurisdiction. Therefore, I think that there is a basis for reconsideration of my case by the Court of Appeals.

By the way, I would like to refer to the precedent of the case of Mielczarek v. PSFCU (Case # 2: 12-cv-05162). As a result of the judgment of the US District Court of New Jersey Dir. Mielczarek as a result of the settlement received a large compensation.

Jan Welenc



RECEIVED MAR 26 2019 PRO SE OFFICE



JAN WELENC
96-500 Sochaczew
Królowej Jadwigi 8 street
Poland

R   RR 346 082 208 PL

USMS

PRIORYTET PRIORITY

To
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK
225 CADMAN PLAZA EAST
Brooklyn NY 11201
U.S.

Case 1:18-cv-06087-PKC-RLM   Document 34   Filed 03/26/19   Page 5 of 5 PageID #: 60

