MANDATE

E.D.N.Y.–Bklyn
18-cv-6087
Chen, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand nineteen.

Present:

> José A. Cabranes,
> Debra Ann Livingston,
> Raymond J. Lohier, Jr.,
> > *Circuit Judges*.

Jan Welenc,

> *Plaintiff-Appellant*,

v. 19-669

Krzysztof Matyszczyk, et al.,

> *Defendants-Appellees*.

Appellant, pro se, moves for leave to proceed in forma pauperis and for reconsideration of the district court's ruling, which we construe as seeking summary reversal. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it "lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 09/11/2019